861-15
862-15

CCA # 13-13-00382-CR

OFFENSE: Burglary of a Habitation

STYLE: STEVEN BREED v. THE STATE OF TEXAS

COUNTY: Dallas

TRIAL COURT: 292nd District Court
TRIAL COURT #: F12-00533-V
TRIAL COURT JUDGE: Hon. Larry B. Mitchell
DISPOSITION: Affirmed
DATE: June 11, 2015
JUSTICE: Gregory T. Perkes _____ PC ___ S _____
PUBLISH: _____ DNP: __x__

MOTION FOR REHEARING En Banc IS: Denied
on 7/23/15
DATE:
JUDGE:

CLK RECORD: 1
RPT RECORD: 8
STATE BR: 1
APP BR: 1

SUPP CLK RECORD 1
SUPP RPT RECORD
Reply BR 1
PRO SE BR

861-15
862-15

# IN THE COURT OF CRIMINAL APPEALS

CCA # _____

------------------------

_____PRO SE_____ Petition

FOR DISCRETIONARY REVIEW IN CCA IS:

REFUSED

DATE: 11/04/2015

JUDGE: Per Curiam

Disposition: _____
DATE: _____
JUDGE: _____
SIGNED: _____ PC: _____
PUBLISH: _____ DNP: _____

------------------------

_____ MOTION FOR REHEARING IN

CCA IS: _____ ON _____

JUDGE: _____

MOTION FOR STAY OF MANDATE IS:

_____ ON _____

JUDGE: _____